JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

OSCAR NEMESIO SOLANO,

       Petitioner,

    v.

JAMES JANECKA et al,

       Respondent.

Case No. 5:26-cv-02897-MAR

JUDGMENT

  Pursuant to the Order Granting the Petition and Ordering Immediate Release, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**.  Respondents are **ORDERED** to immediately release Petitioner **Oscar Nemesio Solano (A-Number 200-703-494)** from custody on his prior conditions of release and immediately return any confiscated property or documents.  Respondents are **ORDERED** to not arrest or re-detain Petitioner under § 1225 or § 1226 without a pre-deprivation notice of at least ten (10) days before a pre-deprivation hearing, at which time the Government shall bear the burden of justifying by clear and convincing evidence that Petitioner poses a flight risk or danger to the community if not detained.

Dated: July 1, 2026

_____
HONORABLE MARGO A. ROCCONI
United States Magistrate Judge